VENABLE LLP
Ari N. Rothman (SBN 296568)
anrothman@venable.com
Ellyn S. Garofalo (SBN 158795)
esgarofalo@venable.com
2049 Century Park East, Suite 2300
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendants
Electronic Commerce, LLC, Darnell Ponder, and Khaazra Maaranu

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| EM General, LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC COMMERCE, LLC, a Florida Limited Liability Company; COMMERCIAL BANK OF CALIFORNIA, a Non-Member of the Federal Reserve System; DARNELL PONDER, an individual; KHAAZRA MAARANU, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00623-AB-MAA<br><br>Hon. André Birotte Jr.<br>Courtroom 7B – First Street<br><br>**DECLARATION OF ARI N. ROTHMAN IN SUPPORT OF VENABLE LLP'S MOTION TO WITHDRAW AS COUNSEL FOR KHAAZRA MAARANU**<br><br>Date: June 11, 2021<br>Time: 10:00 a.m.<br>Crtrm.: 7B<br><br>Action Filed: March 30, 2020<br>FAC Filed: April 24, 2020<br>SAC Filed: September 16, 2020<br>TAC Filed: April 7, 2021<br>Trial Date: September 6, 2022 |

**DECLARATION OF ARI N. ROTHMAN**

1. I am an attorney licensed in the State of California and admitted to the bar of this Court. I am a partner with the law firm of Venable LLP and counsel of record for Defendants Electronic Commerce, LLC, Darnell Ponder, and Khaazra Maaranu. I have personal knowledge of the facts set forth below.

2. Without waiver of any attorney-client privilege, Mr. Maaranu's conduct has made it unreasonably difficult for Venable to effectively represent him. Specifically, Mr. Maaranu made demands and accusations against Venable which Venable has disputed on matters unrelated to this litigation but which nevertheless have led to irreconcilable differences between Venable and Mr. Maaranu. Consequently, there has been a complete breakdown of the relationship between Mr. Maaranu and Venable. Venable thus does not believe that it can carry out the representation of Mr. Maaranu in this matter effectively. Additionally, Venable believes in good faith that the Court would find the existence of other good cause for withdrawal.

3. By emails dated April 26, 2021, May 6, 2021, and May 13, 2021, I informed Mr. Maaranu that Venable intended to withdraw as his counsel in this matter.

4. In addition, on April 26, 2021, I informed Mr. Maaranu, on Electronic Commerce's behalf, that Electronic Commerce would continue to pay for Mr. Maaranu's defense costs in this action. I recommended an attorney to Mr. Maaranu who was willing to represent Mr. Maaranu in this action. I also stated that Mr. Maaranu may select any counsel he chooses.

5. Mr. Maaranu did not agree to substitute counsel or agree to retain other counsel. He would not agree to allow Venable to withdraw from representing him. Therefore, on May 13, 2021, I gave written notice to Mr. Maaranu that Venable intended to file a motion in this Court to withdraw as his counsel. I provided such notice by email, using the email address I normally use to communicate with Mr.

1  Maaranu and that Mr. Maaranu has used to communicate with me. I will send a him
2  a copy of this declaration and accompanying motion after they are filed.

3      6.     Electronic Commerce and Mr. Ponder (for whom Venable will continue
4  on as counsel in this action) do not object to Venable's withdrawal from the
5  representation of Mr. Maaranu.

6      7.     By email on May 13, 2021, I informed counsel for Plaintiff and
7  Commercial Bank of California that Venable intended to file a motion to withdraw
8  as counsel for Mr. Maaranu, and I asked whether they objected to the withdrawal. I
9  have not yet received a response to my request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2021,
at Alexandria, Virginia



2
DECLARATION OF ARI N. ROTHMAN I/S/O MOTION TO WITHDRAW AS COUNSEL